```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA

                      CIVIL MINUTES - GENERAL
```

Case No. CV 06-6130-SVW(Ex)                Date: November 2, 2007

Title: BARBARA GROOM  -vs- THE STANDARD INSURANCE COMPANY, et al.
==================================================================
**DOCKET ENTRY**


==================================================================
**PRESENT:**
  **HON. CHARLES F. EICK, MAGISTRATE JUDGE**

       **Stacey Pierson**                      CS 11/2/07
       **Deputy Clerk**                       Court Reporter


ATTORNEYS PRESENT FOR PLTFS:     ATTORNEYS PRESENT FOR DEFTS:
Russell Petti                              Russell Gomm


PROCEEDINGS:  PLAINTIFF'S MOTION TO COMPEL DISCOVERY

       Case called.  Counsel make their appearances.  The Court
    hears argument.

       Matter is taken under submission.




                                   initials of Deputy Clerk  SP